UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Joshua I. Goldman, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
jgoldman@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Embrace Home Loans, Inc.

In Re:
Norbey M. Pareja

　　　　　　　　　　　Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 16-18469 VFP

Chapter: 13

Judge: Vincent F. Papalia

on behalf of

Embrace Home Loans, Inc.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

4335 Sun Center Road Mulberry, FL 33860

DOCUMENTS
☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐  All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Joshua I. Goldman, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*