UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Ford Motor Credit Company LLC
Our File No.: 42739
JM-5630

**Order Filed on September 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Norbey M. Pareja

| | |
|---|---|
| Case No.: | 16-18469 |
| Hearing Date: | 9-1-2016 |
| Judge: | VFP |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____ Ford Motor Credit Company LLC _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2015 Ford F350
    Vehicle Identification Number
    1FD8X3H6XFEA78298

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-18469-VFP
Norbey M Pareja                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 12, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db            +Norbey M Pareja,    2109 Peer Place,    Denville, NJ 07834-3714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit
               nj_ecf_notices@buckleymadole.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC placsina@caplaw.net,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Scott E. Tanne    on behalf of Debtor Norbey M Pareja info@tannelaw.com,    clerk@tannelaw.com
                                                                                             TOTAL: 6