

Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on October 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Norbey M. Pareja, | Case No. 16-18469-VFP |
| | Hearing Date: 10/06/2016 @ 11:00 a.m. |
| Debtor. | Judge: Vincent F. Papalia |

### ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: October 12, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Norbey M. Pareja |
| Case No.: | 16-18469-VFP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY** |

Upon the motion of, Toyota Motor Credit Corporation, its successors and/or assigns ("Movant"), under Bankruptcy Code section § 362(a), for relief from the automatic stay, as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated as it applies to Toyota Motor Credit Corporation to the date the Movant received the vehicle, Toyota Motor Credit Corporation may proceed with the sale of the vehicle:

2014 LEXUS GX 460, VIN: JTJJM7FX3E5084201

It is further ORDERED that the Movant may join Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.