Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on October 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Norbey M. Pareja, | Case No. 16-18469-VFP |
|  | Hearing Date: 10/06/2016 @ 11:00 a.m. |
| Debtor. | Judge: Vincent F. Papalia |

### ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: October 12, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

NJOrdVacStay01                                                                 3514-N-3110

| | |
|---|---|
| Debtor: | Norbey M. Pareja |
| Case No.: | 16-18469-VFP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY** |

Upon the motion of, Toyota Motor Credit Corporation, its successors and/or assigns ("Movant"), under Bankruptcy Code section § 362(a), for relief from the automatic stay, as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated as it applies to Toyota Motor Credit Corporation to the date the Movant received the vehicle, Toyota Motor Credit Corporation may proceed with the sale of the vehicle:

2014 LEXUS GX 460, VIN: JTJJM7FX3E5084201

It is further ORDERED that the Movant may join Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Norbey M Pareja  
    Debtor

Case No. 16-18469-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 13, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.
db          +Norbey M Pareja,    2109 Peer Place,    Denville, NJ 07834-3714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit nj_ecf_notices@buckleymadole.com  
       John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Patrick O. Lacsina    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC placsina@caplaw.net, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
       Scott E. Tanne    on behalf of Debtor Norbey M Pareja info@tannelaw.com, clerk@tannelaw.com  
                                                           TOTAL: 6