Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

**Chapter 13 Case # 16-18469**

Re:   NORBEY M PAREJA
      2109 PEER PLACE
      DENVILLE, NJ  07834

Atty: SCOTT E TANNE ESQ
      25 CHATHAM ROAD
      SUMMIT, NJ  07901

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $43,544.00**

## RECEIPTS AS OF 01/12/2017
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2016 | $542.00 | 3005550000 - | 06/22/2016 | $542.00 | 3105305000 - |
| 08/01/2016 | $542.00 | 3204853000 - | 08/25/2016 | $542.00 | 3264074000 - |
| 10/03/2016 | $542.00 | 3362157000 - | 10/25/2016 | $542.00 | 3422711000 - |
| 11/28/2016 | $542.00 | 3508525000 - | 12/30/2016 | $750.00 | 3590684000 - |

**Total Receipts: $4,544.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $4,544.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | 12/19/2016 | $401.25 | 769,594 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 259.43 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,664.14 | 100.00% | 2,664.14 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AIP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 2,046.04 | * | 0.00 | |
| 0007 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BUREAU OF ACCOUNTS CONTROL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 300.04 | * | 0.00 | |
| 0016 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 684.83 | * | 0.00 | |
| 0021 | FORD MOTOR CREDIT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | CAPITAL ONE BANK, NA | UNSECURED | 526.65 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 2,496.29 | * | 0.00 | |
| 0027 | MORRISTOWN MEDICAL CENTER | UNSECURED | 5,738.62 | * | 0.00 | |
| 0028 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARR | 23,402.20 | 100.00% | 401.25 | |
| 0032 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 16-18469**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0033 | ONE TO ONE FEMALE CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,202.44 | * | 0.00 | |
| 0037 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | STATE OF NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0040 | TD BANK USA NA | UNSECURED | 483.12 | * | 0.00 | |
| 0043 | TOYOTA MOTOR CREDIT CORPORATIO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0046 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 1,055.15 | * | 0.00 | |
| 0048 | ROUNDUPOINT MORTGAGE SERVICING | MORTGAGE ARR | 198.91 | 100.00% | 0.00 | |
| 0049 | CAPITAL ONE BANK | UNSECURED | 116.39 | * | 0.00 | |
| 0050 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | QUANTUM3 GROUP LLC | UNSECURED | 695.97 | * | 0.00 | |
| 0053 | US DEPARTMENT OF HOUSING AND UR | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0054 | NELNET | UNSECURED | 3,130.52 | * | 0.00 | |
| 0055 | CAPITAL ONE BANK | UNSECURED | 899.25 | * | 0.00 | |
| 0056 | MIDLAND FUNDING, LLC | UNSECURED | 657.64 | * | 0.00 | |
| 0057 | ST. CLARE'S HOSPITAL | UNSECURED | 322.36 | * | 0.00 | |
| 0058 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |

**Total Paid: $3,324.82**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $4,544.00    -    Paid to Claims: $401.25    -    Admin Costs Paid: $2,923.57    =    Funds on Hand: $1,219.18

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER    VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.