UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

      I certify that with respect to the Consent Order _____ submitted to the Court, the following conditions have been met:

    (a)  The terms of the consent order are identical to those set forth in the original consent order;

    (b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

    (c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

    (d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☐ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: _____     _____
                                                                       Signature of Attorney

*rev.8/1/15*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Creditor,<br>Nationstar Mortgage, LLC.<br><br>Laura M. Egerman, Esq. (LE-8250) | Case No.: 16-18469-VFP<br><br>Chapter 13<br><br>Hearing Date: January 18, 2017<br><br>Judge: Vincent M. Papalia |
| In Re:<br>Norbey M. Pareja<br><br>Debtor. | |

CERTIFICATION OF SERVICE AND PROOF OF MAILING

1. I, Laura M. Egerman, Esq.:

    ■ represent the movant in the above-captioned matter.

    □ am the secretary/paralegal for _____ , who represents the _____ in the above-captioned matter.

    □ am the _____ in the above case and am representing myself.

2. On January 1, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Certification of Consent

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: January 17, 2017                /s/ <u>Laura M. Egerman, Esq.</u>
                                                         Laura M. Egerman, Esq.

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Scott E. Tanne, Esq.<br>25 Chatham Road<br>Summit, NJ 07901 | Debtor's Attorney | □ Hand Delivered<br>□ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | □ Hand Delivered<br>□ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |
| Norbey M. Pareja<br>2109 Peer Place<br>Denville, NJ 07834 | Debtor | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.