**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number: 973-575-0707
Attorneys for Secured Creditor,
**Nationstar Mortgage, LLC**

Laura Egerman, Esq.

---

In Re:
Norbey M. Pareja

Debtor(s).



Order Filed on January 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-18469-VFP

Chapter 13

Judge: Vincent F. Papalia

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through (3) is **ORDERED**.

**DATED: January 26, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Applicant: Nationstar Mortgage, LLC

Applicant's Counsel: RAS Citron, LLC

Debtor's Counsel: Scott E. Tanne, Esq.

Property Involved ("Collateral"): 2109 Deer Place, Denville, NJ 07834

Relief sought:  [X] Motion for relief from the automatic stay
[ ] Motion to dismiss
[ ] Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    [X] The Debtor is overdue for 2 months, from 12/01/2016 to 01/01/2017.

    [X] The Debtor is overdue for 2 payments at $2,089.07 per month.

    [ ] The Debtor is assessed for ____ late charges at $_____ per month.

    Funds Held in Suspense: $1,060.62

    Total Arrearages Due: $3,117.52

2. Debtor must cure all post-petition arrearages, as follows:

    [X] Immediate payment shall be made in the amount of $2,089.07. Payment shall be made no later than January 31, 2017.

    [X] Beginning on February 1, 2017, regular month mortgage payments shall continue to be made in the amount of $2,089.07.

    [X] Beginning on February 15, 2017, additional monthly cure payments shall be made in the amount of $171.41 for 6 months.

    [ ] The amount of $_____ shall be capitalized in the Debtor's Chapter 13 plan. The Debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month for ____ months and then $_____ for ____ months.

3. Payments to the Secured Creditor shall be made to the following address(es)

[X] Immediate Payment:

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261

[X] Regular monthly payment:

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261

[X] Monthly cure payment:

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261

4. In the event of Default:

[X] If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

[ ] If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

[X] The Applicant is awarded attorney fees of $350.00, and costs of $176.00.

The fees and costs are payable:

[X] Through the Chapter 13 plan.

[ ] To the Secured Creditor within _____ days.

[ ] Attorneys' fees are not awarded.

By: /s/ Christine Curran, Esq.
   Christine Curran, Esq.
   *Attorney for Debtor*

By: /s/ Laura Egerman, Esq.
   Laura Egerman, Esq.
   RAS Citron, LLC
   *Attorney for Secured Creditor*