Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−18469−VFP
           Chapter: 13
           Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norbey M Pareja
   2109 Peer Place
   Denville, NJ 07834

Social Security No.:
   xxx−xx−7601

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 21, 2016.

On 09/19/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:            October 18, 2018
Time:           10:00 AM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 20, 2018
JAN: ntp

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-18469-VFP
Norbey M Pareja                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Sep 20, 2018
                              Form ID: 185             Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
```
db             +Norbey M Pareja,    2109 Peer Place,    Denville, NJ 07834-3714
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,
                 Suite 100,    Boca Raton, FL 33487-2853
cr             +Toyota Motor Credit,    P. O. Box 9013,    Addison, TX 75001-9013
516150856      +AIP,    405 Northfield Ave,    Suite 204,    West Orange, NJ 07052-3023
516355582       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516150858      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516150857      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516150860      +Bank od America,    Po Box 982238,    El Paso, TX 79998-2238
516150862      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
516150861      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516150863      +Bureau Of Accounts Control,    Bac,    Po Box 538,    Howell, NJ 07731-0538
516150864      +Bureau Of Accounts Control,    Po Box 538,    Howell, NJ 07731-0538
516346849       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516360679       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516150870      +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516150871       Dsnb Bloomingdales,    911 Duke Blvd,    Mason, OH 45040
516150873      +Embrace Home Loans,    P.O Box 37628,    Philadelphia, PA 19101-0628
516150872      +Embrace Home Loans,    302 Knights Run Ave,    # 100,    Tampa, FL 33602-5994
516379255      +Embrace Home Loans, Inc.,    c/o RoundPoint Mortgage Servicing Corpor,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
516150874      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516150875      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516162118     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    PO BOX 62180,
                 Colorado Springs, CO 80962)
516150876      +Ford Motor Credit,    PO BOX 3111,    Tampa, FL 33601-3111
516150883     ++MORRISTOWN PATHOLOGY ASSOCIATES PA,    PO BOX 500,    HACKETTSTOWN NJ 07840-0500
               (address filed with court: Morristown Pathology Assoc PA,    PO BOX 190,
                 Covent Station, NJ 07961)
516150882       Morristown Medical Center,    PO BOX 35610,    Newark, NJ 07193-5610
516381522       Morristown Medical Center,    C/O CCCB,    PO BOX 336,    Raritan, NJ 08869-0336
516295820     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9741)
516150884      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516150885       Nationstar Mortgage LLC,    Po Box 199111,    Dallas, TX 75235
516168688      +Nelnet on behalf of College Assist,    College Assist,    PO Box 16358,    St. Paul, MN 55116-0358
516150888       One to One Female Care,    111 Midson Ave,    # 305,    Morristown, NJ 07960
516150891      +Ras Citron,    130 Clington Rd,    Suite 202,    Fairfield, NJ 07004-2927
516150892      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516150893      +Rickart Collection Systems, Inc,    PO BOX 7242,    North Brunswick, NJ 08902-7242
516150894     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of NJ Division of Taxation,    PO BOX 187,
                 Trenton, NJ 08695-0187)
516381518       St Clare's Hospital,    C/O CCCB,    PO BOX 336,    Raritan, NJ 08869-0336
516150897     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516150896      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
516150895      +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516150898       Toyota Motor Credit Co,    Address Not Available,    Atlanta, GA 30309
516675946       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516306445      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516150899      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
516168637      +U.S. Department of Housing and Urban Development,    U.S. Department of HUD,
                 451 7th Street S.W.,    Washington, DC 20410-0001
516150900      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516150901       Visa Dept Store National Bank,    911 Duke Blvd,    Mason, OH 45040
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 23:14:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 23:14:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516150866       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 23:17:38     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Sep 20, 2018
                              Form ID: 185             Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516150865       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 23:18:35      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516189542        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 23:17:40
                 Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
516150867       +E-mail/Text: bankruptcy@certifiedcollection.com Sep 20 2018 23:14:13
                 Certified Credit & Collection Bureau,    PO BOX 336,    Raritan, NJ 08869-0336
516150868       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 23:14:08       Comenity/Crate & Barrell,
                 Po Box 182125,    Columbus, OH 43218-2125
516150869       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 23:14:08       Comenity/Crate & Barrell,
                 Po Box 182789,    Columbus, OH 43218-2789
516150877        E-mail/Text: cio.bncmail@irs.gov Sep 20 2018 23:13:54       Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516150879       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 20 2018 23:13:45       Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
516150878       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 20 2018 23:13:45       Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516201112       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2018 23:14:19       MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516150881       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2018 23:14:19       Midland Funding,
                 8875 Aero Drive, Suite 200,     San Diego, CA 92123-2255
516150880       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2018 23:14:19       Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516150886       +E-mail/Text: electronicbkydocs@nelnet.net Sep 20 2018 23:14:25       Nelnet Loans,
                 Nelnet Claims,    Po Box 82505,    Lincoln, NE 68501-2505
516150887       +E-mail/Text: electronicbkydocs@nelnet.net Sep 20 2018 23:14:25       Nelnet Loans,
                 3015 S. Parker Rd, Ste 425,    Aurora, CO 80014-2904
516150889       +E-mail/PDF: cbp@onemainfinancial.com Sep 20 2018 23:18:25       Onemain Financial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
516150890       +E-mail/PDF: cbp@onemainfinancial.com Sep 20 2018 23:18:26       Onemain Financial,    Po Box 499,
                 Hanover, MD 21076-0499
516378314        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 23:18:39
                 Portfolio Recovery Associates, LLC,     c/o ONE MAIN FINANCIAL,    POB 41067,    Norfolk VA 23541
516159931        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 23:14:16
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,     PO Box 788,
                 Kirkland, WA  98083-0788
516233193        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 23:14:15
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516336557       +E-mail/Text: bncmail@w-legal.com Sep 20 2018 23:14:30       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
516150859      ##+Bank od America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3                Date Rcvd: Sep 20, 2018
                              Form ID: 185             Total Noticed: 68
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ,   PATRICK.LACSINA@GMAIL.COM
              Scott E. Tanne    on behalf of Debtor Norbey M Pareja info@tannelaw.com,   tanne.ecf.email@gmail.com
                                                                                            TOTAL: 8
```