SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 16-18469

| Re: | NORBEY M PAREJA | Atty: | SCOTT E TANNE ESQ |
|---|---|---|---|
| | 2109 PEER PLACE | | 4 CHATHAM ROAD |
| | DENVILLE, NJ  07834 | | SUMMIT, NJ  07901 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $36,619.00**

## RECEIPTS AS OF 12/31/2018       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2016 | $542.00 | 3005550000 - | 06/22/2016 | $542.00 | 3105305000 - |
| 08/01/2016 | $542.00 | 3204853000 - | 08/25/2016 | $542.00 | 3264074000 - |
| 10/03/2016 | $542.00 | 3362157000 - | 10/25/2016 | $542.00 | 3422711000 - |
| 11/28/2016 | $542.00 | 3508525000 - | 12/30/2016 | $750.00 | 3590684000 - |
| 01/30/2017 | $750.00 | 3670070000 - | 02/27/2017 | $750.00 | 3746626000 - |
| 03/20/2017 | $750.00 | 3810703000 - | 05/01/2017 | $750.00 | 3919474000 - |
| 05/31/2017 | $750.00 | 4001174000 - | 06/28/2017 | $750.00 | 4077428000 - |
| 07/28/2017 | $750.00 | 4155763000 - | 09/05/2017 | $750.00 | 4259629000 - |
| 10/02/2017 | $750.00 | 4323044000 - | 11/01/2017 | $750.00 | 4407024000 - |
| 12/05/2017 | $750.00 | 4498083000 - | 01/04/2018 | $750.00 | 4569473000 - |
| 02/05/2018 | $750.00 | 4645031000 - | 03/12/2018 | $750.00 | 4743310000 - |
| 04/09/2018 | $750.00 | 4821595000 | 05/07/2018 | $750.00 | 4892837000 |
| 06/18/2018 | $750.00 | 4995844000 | 07/23/2018 | $750.00 | 5088709000 |
| 07/26/2018 | ($750.00) | 5088709000 | 07/30/2018 | $750.00 | 5099721000 |
| 08/02/2018 | ($750.00) | 5099721000 | 09/18/2018 | $750.00 | 9562008892 |
| 09/24/2018 | $575.00 | 9562008939 | 09/24/2018 | $750.00 | 9562008938 |
| 10/30/2018 | $575.00 | 24939723532 | 12/04/2018 | $575.00 | 25519595837 |
| 12/31/2018 | $575.00 | 25645725235 | | | |

**Total Receipts: $21,094.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,094.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018       (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 12/19/2016 | $401.25 | 769,594 | 01/17/2017 | $505.72 | 771,568 |
| | 02/21/2017 | $699.94 | 773,396 | 03/13/2017 | $699.94 | 775,406 |
| | 04/14/2017 | $302.09 | 777,145 | 05/15/2017 | $699.94 | 779,025 |
| | 06/19/2017 | $714.07 | 780,972 | 07/17/2017 | $705.75 | 783,052 |
| | 08/14/2017 | $705.75 | 784,823 | 09/25/2017 | $705.75 | 786,699 |
| | 10/16/2017 | $735.00 | 788,715 | 11/20/2017 | $705.75 | 790,289 |
| | 12/18/2017 | $705.75 | 792,229 | 01/22/2018 | $705.75 | 794,053 |
| | 01/22/2018 | ($705.75) | 794,053 | 01/22/2018 | $705.75 | 795,893 |
| | 01/23/2018 | ($705.75) | 795,893 | 01/23/2018 | $705.75 | 795,895 |
| | 02/20/2018 | $705.75 | 795,967 | 03/19/2018 | $705.75 | 797,752 |
| | 04/16/2018 | $705.75 | 799,615 | 05/14/2018 | $709.50 | 801,497 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/18/2018 | $709.50 | 803,374 | | 08/20/2018 | $709.50 | 807,248 |
| | 10/22/2018 | $2,012.75 | 811,128 | | | | |
| ROUNDUPOINT MORTGAGE SERVICING CORP | | | | | | | |
| | 01/17/2017 | $7.71 | 771,624 | | 02/21/2017 | $5.81 | 773,453 |
| | 03/13/2017 | $5.81 | 775,452 | | 05/15/2017 | $8.32 | 779,081 |
| | 06/06/2017 | ($8.32) | 779,081 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,131.77 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,966.91 | 100.00% | 3,966.91 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AIP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 2,046.04 | * | 0.00 | |
| 0007 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BUREAU OF ACCOUNTS CONTROL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 300.04 | * | 0.00 | |
| 0016 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 684.83 | * | 0.00 | |
| 0021 | FORD MOTOR CREDIT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | CAPITAL ONE NA | UNSECURED | 526.65 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 2,496.29 | * | 0.00 | |
| 0027 | MORRISTOWN MEDICAL CENTER | UNSECURED | 5,738.62 | * | 0.00 | |
| 0028 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 23,928.20 | 100.00% | 15,433.77 | |
| 0032 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | ONE TO ONE FEMALE CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,202.44 | * | 0.00 | |
| 0037 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | STATE OF NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0040 | TD BANK USA NA | UNSECURED | 483.12 | * | 0.00 | |
| 0043 | TOYOTA MOTOR CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 1,055.15 | * | 0.00 | |
| 0048 | ROUNDUPOINT MORTGAGE SERVICING C | MORTGAGE ARRE | 19.33 | 100.00% | 19.33 | |
| 0049 | CAPITAL ONE BANK | UNSECURED | 116.39 | * | 0.00 | |
| 0050 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | QUANTUM3 GROUP LLC | UNSECURED | 695.97 | * | 0.00 | |
| 0053 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0054 | NELNET | UNSECURED | 3,130.52 | * | 0.00 | |
| 0055 | CAPITAL ONE BANK | UNSECURED | 899.25 | * | 0.00 | |
| 0056 | MIDLAND FUNDING, LLC | UNSECURED | 657.64 | * | 0.00 | |
| 0057 | ST. CLARE'S HOSPITAL | UNSECURED | 322.36 | * | 0.00 | |
| 0058 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |

**Total Paid: $20,551.78**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $21,094.00    -    Paid to Claims: $15,453.10    -    Admin Costs Paid: $5,098.68    =    Funds on Hand: $542.22

**Chapter 13 Case # 16-18469**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.