Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−18469−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norbey M Pareja
   2109 Peer Place
   Denville, NJ 07834

Social Security No.:
   xxx−xx−7601

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 25, 2018.

On 12/23/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                February 4, 2021
Time:               08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 28, 2020
JAN: wdh

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-18469-VFP |
| Norbey M Pareja | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 28, 2020 | Form ID: 185 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norbey M Pareja, 2109 Peer Place, Denville, NJ 07834-3714 |
| cr | + | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Toyota Motor Credit, P. O. Box 9013, Addison, TX 75001-9013 |
| 516150856 | + | AIP, 405 Northfield Ave, Suite 204, West Orange, NJ 07052-3023 |
| 516355582 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516150858 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516150857 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516150860 | + | Bank od America, Po Box 982238, El Paso, TX 79998-2238 |
| 516150862 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 516150861 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516150863 | + | Bureau Of Accounts Control, Bac, Po Box 538, Howell, NJ 07731-0538 |
| 516150864 | + | Bureau Of Accounts Control, Po Box 538, Howell, NJ 07731-0538 |
| 516346849 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516150871 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Bloomingdales, 911 Duke Blvd, Mason, OH 45040 |
| 516150873 | + | Embrace Home Loans, P.O Box 37628, Philadelphia, PA 19101-0628 |
| 516379255 | + | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corpor, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 516150874 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 516150875 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 516162118 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, PO BOX 62180, Colorado Springs, CO 80962 |
| 516150876 | + | Ford Motor Credit, PO BOX 3111, Tampa, FL 33601-3111 |
| 516150883 | ++ | MORRISTOWN PATHOLOGY ASSOCIATES PA, PO BOX 500, HACKETTSTOWN NJ 07840-0500 address filed with court:, Morristown Pathology Assoc PA, PO BOX 190, Covent Station, NJ 07961 |
| 516150882 | | Morristown Medical Center, PO BOX 35610, Newark, NJ 07193-5610 |
| 516381522 | | Morristown Medical Center, C/O CCCB, PO BOX 336, Raritan, NJ 08869-0336 |
| 516295820 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9741 |
| 516150884 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516150885 | | Nationstar Mortgage LLC, Po Box 199111, Dallas, TX 75235 |
| 516168688 | + | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 516150888 | | One to One Female Care, 111 Midson Ave, # 305, Morristown, NJ 07960 |
| 516150891 | + | Ras Citron, 130 Clington Rd, Suite 202, Fairfield, NJ 07004-2927 |
| 516150892 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516150893 | + | Rickart Collection Systems, Inc, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 516150894 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Division of Taxation, PO BOX 187, Trenton, NJ 08695-0187 |
| 516381518 | | St Clare's Hospital, C/O CCCB, PO BOX 336, Raritan, NJ 08869-0336 |
| 516150897 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516150896 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 516150895 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 516150898 | | Toyota Motor Credit Co, Address Not Available, Atlanta, GA 30309 |
| 516675946 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516306445 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

Case 16-18469-VFP    Doc 63    Filed 12/30/20    Entered 12/31/20 00:18:35    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: 185 | Total Noticed: 66 |

| | | |
|---|---|---|
| 516150899 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 516150901 | | Visa Dept Store National Bank, 911 Duke Blvd, Mason, OH 45040 |
| 516150900 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2020 21:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2020 21:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516150866 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:19:11 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516150865 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:06:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516189542 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:19:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516150867 | + | Email/Text: bankruptcy@certifiedcollection.com | Dec 28 2020 21:58:00 | Certified Credit & Collection Bureau, PO BOX 336, Raritan, NJ 08869-0336 |
| 516150868 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity/Crate & Barrell, Po Box 182125, Columbus, OH 43218-2125 |
| 516150869 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity/Crate & Barrell, Po Box 182789, Columbus, OH 43218-2789 |
| 516360679 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516150877 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2020 21:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516150879 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2020 21:57:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516150878 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2020 21:57:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516201112 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2020 21:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516150881 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2020 21:58:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516150880 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2020 21:58:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 516150886 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | Nelnet Loans, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516150887 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | Nelnet Loans, 3015 S. Parker Rd, Ste 425, Aurora, CO 80014-2904 |
| 516150890 | + | Email/PDF: cbp@onemainfinancial.com | Dec 29 2020 00:18:58 | Onemain Financial, Po Box 499, Hanover, MD 21076-0499 |
| 516150889 | + | Email/PDF: cbp@onemainfinancial.com | Dec 29 2020 00:18:59 | Onemain Financial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 516378314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2020 00:12:55 | Portfolio Recovery Associates, LLC, c/o ONE MAIN FINANCIAL, POB 41067, Norfolk VA 23541 |
| 516233193 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Quantum3 Group LLC as agent for, Comenity |

Case 16-18469-VFP    Doc 63    Filed 12/30/20    Entered 12/31/20 00:18:35    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: 185 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516159931 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 516336557 | + | Email/Text: bncmail@w-legal.com | Dec 28 2020 21:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516168637 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 29 2020 00:06:14 | U.S. Department of Housing and Urban Development, U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 516150870 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516150859 | ##+ | Bank od America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516150872 | ##+ | Embrace Home Loans, 302 Knights Run Ave, # 100, Tampa, FL 33602-5994 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Embrace Home Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit NJ_ECF_Notices@McCalla.com NJ_ECF_Notices@McCalla.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Patrick O. Lacsina | |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: 185 | Total Noticed: 66 |

    on behalf of Creditor NATIONSTAR MORTGAGE LLC , PATRICK.LACSINA@GMAIL.COM

Scott E. Tanne
    on behalf of Debtor Norbey M Pareja ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor NATIONSTAR MORTGAGE LLC sdeluca@rasflaw.com

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC sdeluca@rasflaw.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@rascrane.com

TOTAL: 11