**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **Norbey M Pareja**

Case No.: **16-18469-VFP**
Judge: **Papalia**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date: **December 16, 2020**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney _____    Initial Debtor: **NMP**    Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay a total of $33,744.00 to the Chapter 13 from May 2016 through November 2020 (55 months); the debtor shall pay $575.00 monthly to the Chapter 13 Trustee starting December 2020 for approximately 29 months. The total length of plan is approximately 84 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Scott E. Tanne | Attorney Fees | 3,966.91 |
| Scott E Tanne | Attorney Fees | estimated at 500.00, subject to Court approval |
| Internal Revenue Service | Taxes and certain other debts | 0.00 |
| State of NJ Division of Taxation | Taxes and certain other debts | 0.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Nationstar d/b/a Mr. Cooper | 2109 Peer Place Denville, NJ 07834 | 23,928.20, plus 13,181.38 post-petition pursuant to Order | 0.00 | 37,109.58 | pursuant to note and mortgage |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Embrace Home Loans (serviced by RoundPoint) | 4335 Sun Center Road Mulberry, FL 33860 | 19.33 | 0.00 | 19.33 | pursuant to note and mortgage |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

**the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Toyota Motor Credit Company** | 2014 Lexus GX460 | 39,438.00 | 0.00 |
| **Ford Motor Credit** | 2015 Ford F350 | 22,678.00 | 0.00 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
**US Dept HUD**

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☑  Not less than $ __4,878.00__ to be distributed *pro rata*

☐  Not less than ___ percent

☐  *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions  ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **September 18, 2020**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Debtor has completed a forbearance with mortgagee which resulted in consent order adding post-petition arrears to Plan.** | **adding post-petition arrears to plan and extending length of plan** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **December 16, 2020**    /s/ **Norbey M Pareja**
**Norbey M Pareja**
Debtor

Date: _____
Joint Debtor

Date **December 16, 2020**    /s/ **Scott E. Tanne**
**Scott E. Tanne st2477**
Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-18469-VFP |
| Norbey M Pareja | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf901 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norbey M Pareja, 2109 Peer Place, Denville, NJ 07834-3714 |
| cr | + | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Toyota Motor Credit, P. O. Box 9013, Addison, TX 75001-9013 |
| 516150856 | + | AIP, 405 Northfield Ave, Suite 204, West Orange, NJ 07052-3023 |
| 516355582 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516150858 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516150857 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516150860 | + | Bank od America, Po Box 982238, El Paso, TX 79998-2238 |
| 516150862 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 516150861 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516150863 | + | Bureau Of Accounts Control, Bac, Po Box 538, Howell, NJ 07731-0538 |
| 516150864 | + | Bureau Of Accounts Control, Po Box 538, Howell, NJ 07731-0538 |
| 516346849 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516150871 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Bloomingdales, 911 Duke Blvd, Mason, OH 45040 |
| 516150873 | + | Embrace Home Loans, P.O Box 37628, Philadelphia, PA 19101-0628 |
| 516379255 | + | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corpor, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 516150874 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 516150875 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 516162118 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, PO BOX 62180, Colorado Springs, CO 80962 |
| 516150876 | + | Ford Motor Credit, PO BOX 3111, Tampa, FL 33601-3111 |
| 516150883 | ++ | MORRISTOWN PATHOLOGY ASSOCIATES PA, PO BOX 500, HACKETTSTOWN NJ 07840-0500 address filed with court:, Morristown Pathology Assoc PA, PO BOX 190, Covent Station, NJ 07961 |
| 516150882 | | Morristown Medical Center, PO BOX 35610, Newark, NJ 07193-5610 |
| 516381522 | | Morristown Medical Center, C/O CCCB, PO BOX 336, Raritan, NJ 08869-0336 |
| 516295820 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9741 |
| 516150884 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516150885 | | Nationstar Mortgage LLC, Po Box 199111, Dallas, TX 75235 |
| 516168688 | + | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 516150888 | | One to One Female Care, 111 Midson Ave, # 305, Morristown, NJ 07960 |
| 516150891 | + | Ras Citron, 130 Clington Rd, Suite 202, Fairfield, NJ 07004-2927 |
| 516150892 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516150893 | + | Rickart Collection Systems, Inc, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 516150894 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Division of Taxation, PO BOX 187, Trenton, NJ 08695-0187 |
| 516381518 | | St Clare's Hospital, C/O CCCB, PO BOX 336, Raritan, NJ 08869-0336 |
| 516150897 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516150896 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 516150895 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 516150898 | | Toyota Motor Credit Co, Address Not Available, Atlanta, GA 30309 |
| 516675946 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516306445 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

Case 16-18469-VFP    Doc 64    Filed 12/30/20    Entered 12/31/20 00:18:35    Desc Imaged
                              Certificate of Notice    Page 8 of 10

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: pdf901 | Total Noticed: 66 |

| | | |
|---|---|---|
| 516150899 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 516150901 | | Visa Dept Store National Bank, 911 Duke Blvd, Mason, OH 45040 |
| 516150900 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2020 21:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2020 21:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516150866 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:06:14 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516150865 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:12:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516189542 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 00:12:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516150867 | + | Email/Text: bankruptcy@certifiedcollection.com | Dec 28 2020 21:58:00 | Certified Credit & Collection Bureau, PO BOX 336, Raritan, NJ 08869-0336 |
| 516150868 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity/Crate & Barrell, Po Box 182125, Columbus, OH 43218-2125 |
| 516150869 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2020 21:57:00 | Comenity/Crate & Barrell, Po Box 182789, Columbus, OH 43218-2789 |
| 516360679 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516150877 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2020 21:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516150879 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2020 21:57:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516150878 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2020 21:57:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516201112 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2020 21:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516150881 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2020 21:58:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516150880 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2020 21:58:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 516150886 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | Nelnet Loans, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516150887 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2020 21:58:00 | Nelnet Loans, 3015 S. Parker Rd, Ste 425, Aurora, CO 80014-2904 |
| 516150890 | + | Email/PDF: cbp@onemainfinancial.com | Dec 29 2020 00:19:00 | Onemain Financial, Po Box 499, Hanover, MD 21076-0499 |
| 516150889 | + | Email/PDF: cbp@onemainfinancial.com | Dec 29 2020 00:18:59 | Onemain Financial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 516378314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2020 00:06:18 | Portfolio Recovery Associates, LLC, c/o ONE MAIN FINANCIAL, POB 41067, Norfolk VA 23541 |
| 516233193 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Quantum3 Group LLC as agent for, Comenity |

Case 16-18469-VFP    Doc 64    Filed 12/30/20    Entered 12/31/20 00:18:35    Desc Imaged
                              Certificate of Notice    Page 9 of 10

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: pdf901 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516159931 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2020 21:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 516336557 | + | Email/Text: bncmail@w-legal.com | Dec 28 2020 21:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516168637 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 29 2020 00:06:14 | U.S. Department of Housing and Urban Development, U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 516150870 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516150859 | ##+ | Bank od America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516150872 | ##+ | Embrace Home Loans, 302 Knights Run Ave, # 100, Tampa, FL 33602-5994 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Embrace Home Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit NJ_ECF_Notices@McCalla.com NJ_ECF_Notices@McCalla.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Patrick O. Lacsina | |

District/off: 0312-2      User: admin      Page 4 of 4
Date Rcvd: Dec 28, 2020      Form ID: pdf901      Total Noticed: 66

on behalf of Creditor NATIONSTAR MORTGAGE  LLC , PATRICK.LACSINA@GMAIL.COM

Scott E. Tanne
     on behalf of Debtor Norbey M Pareja ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Shauna M Deluca
     on behalf of Creditor NATIONSTAR MORTGAGE  LLC sdeluca@rasflaw.com

Shauna M Deluca
     on behalf of Creditor Nationstar Mortgage LLC sdeluca@rasflaw.com

Sindi Mncina
     on behalf of Creditor Nationstar Mortgage LLC smncina@rascrane.com

TOTAL: 11