UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Norbey M Pareja**

Case No.                    **16-18469**

Chapter:                    **13**

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Norbey M Pareja**_____, debtor in this case certify as follows:

1.       All payments required to be made by me under my plan have been made and are paid in full.

2.    ☒    I am not required to pay domestic support obligations.

☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:    **May 11, 2023**

**/s/ Norbey M Pareja**
**Norbey M Pareja**
Debtor's Signature

**IMPORTANT:**
* **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
* **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*