Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE  7, 2023

**Chapter 13 Case # 16-18469**

Re:   NORBEY M PAREJA                                         Atty:   SCOTT E TANNE ESQ
      2109 PEER PLACE                                                 70 BLOOMFIELD AVE
      DENVILLE, NJ  07834                                             PINE BROOK, NJ  07058

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,419.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2016 | $542.00 | 3005550000 - | 06/22/2016 | $542.00 | 3105305000 - |
| 08/01/2016 | $542.00 | 3204853000 - | 08/25/2016 | $542.00 | 3264074000 - |
| 10/03/2016 | $542.00 | 3362157000 - | 10/25/2016 | $542.00 | 3422711000 - |
| 11/28/2016 | $542.00 | 3508525000 - | 12/30/2016 | $750.00 | 3590684000 - |
| 01/30/2017 | $750.00 | 3670070000 - | 02/27/2017 | $750.00 | 3746626000 - |
| 03/20/2017 | $750.00 | 3810703000 - | 05/01/2017 | $750.00 | 3919474000 - |
| 05/31/2017 | $750.00 | 4001174000 - | 06/28/2017 | $750.00 | 4077428000 - |
| 07/28/2017 | $750.00 | 4155763000 - | 09/05/2017 | $750.00 | 4259629000 - |
| 10/02/2017 | $750.00 | 4323044000 - | 11/01/2017 | $750.00 | 4407024000 - |
| 12/05/2017 | $750.00 | 4498083000 - | 01/04/2018 | $750.00 | 4569473000 - |
| 02/05/2018 | $750.00 | 4645031000 - | 03/12/2018 | $750.00 | 4743310000 - |
| 04/09/2018 | $750.00 | 4821595000 | 05/07/2018 | $750.00 | 4892837000 |
| 06/18/2018 | $750.00 | 4995844000 | 07/23/2018 | $750.00 | 5088709000 |
| 07/26/2018 | ($750.00) | 5088709000 | 07/30/2018 | $750.00 | 5099721000 |
| 08/02/2018 | ($750.00) | 5099721000 | 09/18/2018 | $750.00 | 9562008892 |
| 09/24/2018 | $575.00 | 9562008939 | 09/24/2018 | $750.00 | 9562008938 |
| 10/30/2018 | $575.00 | 24939723532 | 12/04/2018 | $575.00 | 25519595837 |
| 12/31/2018 | $575.00 | 25645725235 | 02/20/2019 | $575.00 | 25645727531 |
| 03/14/2019 | $575.00 | 25645729498 | 04/16/2019 | $575.00 | 25645734314 |
| 05/24/2019 | $575.00 | 9562003153 | 06/20/2019 | $575.00 | 25645744620 |
| 07/23/2019 | $575.00 | 25645745676 | 08/19/2019 | $575.00 | 25645749344 |
| 09/24/2019 | $575.00 | 26069332500 | 10/25/2019 | $575.00 | 26069333940 |
| 11/22/2019 | $575.00 | 26069335154 | 12/20/2019 | $575.00 | 26069341926 |
| 01/29/2020 | $575.00 | 9562011071 | 02/25/2020 | $575.00 | 26373852606 |
| 03/24/2020 | $575.00 | 9562011359 | 04/28/2020 | $575.00 | |
| 05/27/2020 | $575.00 | | 06/23/2020 | $575.00 | |
| 07/28/2020 | $575.00 | | 08/25/2020 | $575.00 | |
| 09/22/2020 | $575.00 | | 10/27/2020 | $575.00 | |
| 11/24/2020 | $575.00 | | 12/22/2020 | $575.00 | |
| 01/26/2021 | $575.00 | | 02/23/2021 | $575.00 | |

**Chapter 13 Case # 16-18469**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/23/2021 | $575.00 | | 04/27/2021 | $575.00 | |
| 05/25/2021 | $575.00 | | 06/22/2021 | $575.00 | |
| 07/27/2021 | $575.00 | | 08/24/2021 | $575.00 | |
| 09/28/2021 | $575.00 | | 10/26/2021 | $575.00 | |
| 11/23/2021 | $575.00 | | 12/28/2021 | $575.00 | |
| 01/25/2022 | $575.00 | | 02/23/2022 | $575.00 | |
| 03/22/2022 | $575.00 | | 04/26/2022 | $575.00 | |
| 05/31/2022 | $575.00 | | 06/28/2022 | $575.00 | |
| 07/26/2022 | $575.00 | | 08/23/2022 | $575.00 | |
| 10/06/2022 | $575.00 | 28305313560 | 10/26/2022 | $575.00 | 28073632296 |
| 11/29/2022 | $575.00 | 28246454087 | 12/30/2022 | $575.00 | 28246451578 |
| 01/20/2023 | $575.00 | 28246456596 | 03/03/2023 | $575.00 | 28493429681 |
| 03/30/2023 | $575.00 | 28493434438 | 04/25/2023 | $575.00 | 28597002827 |

**Total Receipts: $50,419.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $50,419.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,789.40 | |
| ATTY | ATTORNEY | ADMIN | 4,407.42 | 100.00% | 4,407.42 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AIP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 2,046.04 | * | 473.04 | |
| 0007 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BUREAU OF ACCOUNTS CONTROL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 300.04 | * | 69.37 | |
| 0016 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 684.83 | * | 158.33 | |
| 0021 | FORD MOTOR CREDIT CO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | CAPITAL ONE NA | UNSECURED | 526.65 | * | 121.76 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 2,496.29 | * | 577.13 | |
| 0027 | MORRISTOWN MEDICAL CENTER | UNSECURED | 5,738.62 | * | 1,326.76 | |
| 0028 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 23,928.20 | 100.00% | 23,928.20 | |
| 0032 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | ONE TO ONE FEMALE CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,202.44 | * | 1,665.19 | |
| 0037 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | STATE OF NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0040 | TD BANK USA NA | UNSECURED | 483.12 | * | 111.70 | |
| 0043 | TOYOTA MOTOR CREDIT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,055.15 | * | 243.94 | |
| 0048 | ROUNDUPOINT MORTGAGE SERVICING ( | MORTGAGE ARRE | 19.33 | 100.00% | 19.33 | |
| 0049 | CAPITAL ONE BANK (USA) NA | UNSECURED | 116.39 | * | 26.91 | |
| 0050 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | QUANTUM3 GROUP LLC | UNSECURED | 695.97 | * | 160.90 | |
| 0053 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0054 | NELNET | UNSECURED | 3,130.52 | * | 723.77 | |
| 0055 | CAPITAL ONE BANK (USA) NA | UNSECURED | 899.25 | * | 207.90 | |
| 0056 | MIDLAND FUNDING, LLC | UNSECURED | 657.64 | * | 152.04 | |
| 0057 | ST. CLARE'S HOSPITAL | UNSECURED | 322.36 | * | 74.53 | |
| 0058 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 16-18469**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0059 | NATIONSTAR MORTGAGE LLC | (NEW) MTG Agree | 13,181.38 | 100.00% | 13,181.38 | |

Total Paid: $50,419.00
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 05/18/2020 | $18.39 | 8001537 | 06/15/2020 | $40.18 | 8001599 |
| | 07/20/2020 | $41.29 | 8001653 | 08/17/2020 | $41.29 | 8001713 |
| | 09/21/2020 | $41.30 | 8001774 | 10/19/2020 | $41.29 | 8001835 |
| | 11/16/2020 | $41.29 | 8001895 | 12/21/2020 | $41.28 | 8001955 |
| | 02/13/2023 | $40.17 | 8003307 | 04/17/2023 | $84.38 | 8003417 |
| | 05/15/2023 | $42.18 | 8003471 | | | |
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 05/18/2020 | $8.08 | 848823 | 06/15/2020 | $17.66 | 850509 |
| | 07/20/2020 | $18.15 | 852302 | 07/20/2020 | $5.68 | 852302 |
| | 08/17/2020 | $18.15 | 854167 | 09/21/2020 | $18.15 | 855982 |
| | 10/19/2020 | $18.15 | 857868 | 10/19/2020 | $7.05 | 857868 |
| | 11/16/2020 | $18.14 | 859663 | 12/21/2020 | $18.15 | 861482 |
| | 02/13/2023 | $17.66 | 905376 | 02/13/2023 | $6.98 | 905376 |
| | 04/17/2023 | $37.08 | 908575 | 05/15/2023 | $18.53 | 910195 |
| | 05/15/2023 | $7.20 | 910195 | | | |
| CAPITAL ONE NA | | | | | | |
| | 06/15/2020 | $15.07 | 8001594 | 07/20/2020 | $10.63 | 8001657 |
| | 08/17/2020 | $10.64 | 8001718 | 09/21/2020 | $10.62 | 8001779 |
| | 10/19/2020 | $10.63 | 8001840 | 11/16/2020 | $10.63 | 8001897 |
| | 12/21/2020 | $10.63 | 8001953 | 02/13/2023 | $10.34 | 8003308 |
| | 04/17/2023 | $21.71 | 8003419 | 05/15/2023 | $10.86 | 8003470 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 05/18/2020 | $6.16 | 848901 | 05/18/2020 | $9.49 | 848901 |
| | 06/15/2020 | $20.72 | 850586 | 06/15/2020 | $13.45 | 850586 |
| | 07/20/2020 | $13.81 | 852389 | 07/20/2020 | $21.29 | 852389 |
| | 08/17/2020 | $21.29 | 854254 | 08/17/2020 | $13.83 | 854254 |
| | 09/21/2020 | $13.81 | 856072 | 09/21/2020 | $21.30 | 856072 |
| | 10/19/2020 | $21.29 | 857950 | 10/19/2020 | $13.83 | 857950 |
| | 11/16/2020 | $13.82 | 859744 | 11/16/2020 | $21.29 | 859744 |
| | 12/21/2020 | $21.29 | 861571 | 12/21/2020 | $13.82 | 861571 |
| | 02/13/2023 | $13.44 | 905471 | 02/13/2023 | $20.73 | 905471 |
| | 04/17/2023 | $43.51 | 908684 | 04/17/2023 | $28.25 | 908684 |
| | 05/15/2023 | $14.11 | 910284 | 05/15/2023 | $21.74 | 910284 |
| MIDLAND FUNDING LLC | | | | | | |
| | 05/18/2020 | $22.44 | 848232 | 06/15/2020 | $49.02 | 849921 |
| | 07/20/2020 | $50.37 | 851666 | 08/17/2020 | $50.38 | 853557 |
| | 09/21/2020 | $50.38 | 855326 | 10/19/2020 | $50.38 | 857243 |
| | 11/16/2020 | $50.38 | 859053 | 12/21/2020 | $50.37 | 860810 |
| | 02/13/2023 | $49.01 | 904848 | 04/17/2023 | $102.95 | 908029 |
| | 05/15/2023 | $51.45 | 909705 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING, LLC | | | | | | | |
| | 05/18/2020 | $5.91 | 849131 | | 06/15/2020 | $12.91 | 850824 |
| | 07/20/2020 | $13.27 | 852648 | | 08/17/2020 | $13.28 | 854505 |
| | 09/21/2020 | $13.27 | 856343 | | 10/19/2020 | $13.27 | 858202 |
| | 11/16/2020 | $13.28 | 859987 | | 12/21/2020 | $13.27 | 861826 |
| | 02/13/2023 | $12.91 | 905704 | | 04/17/2023 | $27.12 | 908923 |
| | 05/15/2023 | $13.55 | 910500 | | | | |
| MORRISTOWN MEDICAL CENTER | | | | | | | |
| | 05/18/2020 | $51.59 | 848347 | | 06/10/2020 | ($51.59) | 848347 |
| NATIONSTAR MORTGAGE LLC | | | | | | | |
| | 12/19/2016 | $401.25 | 769594 | | 01/17/2017 | $505.72 | 771568 |
| | 02/21/2017 | $699.94 | 773396 | | 03/13/2017 | $699.94 | 775406 |
| | 04/14/2017 | $302.09 | 777145 | | 05/15/2017 | $699.94 | 779025 |
| | 06/19/2017 | $714.07 | 780972 | | 07/17/2017 | $705.75 | 783052 |
| | 08/14/2017 | $705.75 | 784823 | | 09/25/2017 | $705.75 | 786699 |
| | 10/16/2017 | $735.00 | 788715 | | 11/20/2017 | $705.75 | 790289 |
| | 12/18/2017 | $705.75 | 792229 | | 01/22/2018 | $705.75 | 794053 |
| | 01/22/2018 | ($705.75) | 794053 | | 01/22/2018 | $705.75 | 795893 |
| | 01/23/2018 | ($705.75) | 795893 | | 01/23/2018 | $705.75 | 795895 |
| | 02/20/2018 | $705.75 | 795967 | | 03/19/2018 | $705.75 | 797752 |
| | 04/16/2018 | $705.75 | 799615 | | 05/14/2018 | $709.50 | 801497 |
| | 06/18/2018 | $709.50 | 803374 | | 08/20/2018 | $709.50 | 807248 |
| | 10/22/2018 | $2,012.75 | 811128 | | 01/14/2019 | $182.82 | 816906 |
| | 02/11/2019 | $542.22 | 818808 | | 03/18/2019 | $542.22 | 820729 |
| | 04/15/2019 | $542.22 | 822775 | | 05/20/2019 | $542.22 | 824744 |
| | 06/17/2019 | $552.00 | 826817 | | 07/15/2019 | $552.00 | 828683 |
| | 08/19/2019 | $552.00 | 830551 | | 09/16/2019 | $552.00 | 832641 |
| | 10/21/2019 | $566.38 | 834597 | | 11/18/2019 | $545.10 | 836720 |
| | 12/16/2019 | $545.10 | 838662 | | 01/13/2020 | $545.10 | 840544 |
| | 03/16/2020 | $1,090.20 | 844293 | | 04/20/2020 | $545.10 | 846244 |
| | 05/18/2020 | $280.57 | 848222 | | 05/21/2020 | ($280.57) | 848222 |
| | 05/21/2020 | $280.57 | 849862 | | 01/11/2021 | $1,443.98 | 862713 |
| | 02/22/2021 | $91.37 | 864228 | | 03/15/2021 | $531.88 | 866222 |
| | 04/19/2021 | $531.88 | 867773 | | 05/17/2021 | $531.88 | 869738 |
| | 06/21/2021 | $540.50 | 871495 | | 07/19/2021 | $540.50 | 873359 |
| | 08/16/2021 | $540.50 | 875050 | | 09/20/2021 | $540.50 | 876767 |
| | 10/18/2021 | $540.50 | 878571 | | 11/17/2021 | $546.25 | 880278 |
| | 12/13/2021 | $546.25 | 881940 | | 01/10/2022 | $546.25 | 883582 |
| | 02/14/2022 | $546.25 | 885246 | | 03/14/2022 | $546.25 | 886989 |
| | 04/18/2022 | $554.88 | 888643 | | 05/16/2022 | $554.88 | 890420 |
| | 06/02/2022 | ($546.25) | 885246 | | 06/20/2022 | $1,101.13 | 892068 |
| | 07/18/2022 | $554.88 | 893836 | | 08/15/2022 | $554.88 | 895417 |
| | 09/19/2022 | $554.88 | 896981 | | 11/14/2022 | $1,086.76 | 900263 |
| | 01/09/2023 | $200.60 | 903346 | | | | |
| NELNET | | | | | | | |
| | 05/18/2020 | $28.14 | 849176 | | 06/15/2020 | $61.47 | 850860 |
| | 07/20/2020 | $63.18 | 852690 | | 08/17/2020 | $63.17 | 854548 |
| | 09/21/2020 | $63.19 | 856386 | | 10/19/2020 | $63.17 | 858241 |
| | 11/16/2020 | $63.17 | 860023 | | 12/21/2020 | $63.19 | 861866 |
| | 02/13/2023 | $61.46 | 905750 | | 04/17/2023 | $129.08 | 908970 |
| | 05/15/2023 | $64.55 | 910540 | | | | |

**Chapter 13 Case # 16-18469**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/18/2020 | $64.75 | 8001532 | | 06/15/2020 | $141.42 | 8001591 |
| | 07/20/2020 | $145.36 | 8001651 | | 08/17/2020 | $145.34 | 8001715 |
| | 09/21/2020 | $145.36 | 8001772 | | 10/19/2020 | $145.35 | 8001836 |
| | 11/16/2020 | $145.36 | 8001892 | | 12/21/2020 | $145.36 | 8001947 |
| | 02/13/2023 | $141.40 | 8003309 | | 04/17/2023 | $296.97 | 8003414 |
| | 05/15/2023 | $148.52 | 8003472 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 05/18/2020 | $6.26 | 8001535 | | 06/15/2020 | $13.67 | 8001596 |
| | 06/15/2020 | $8.59 | 8001596 | | 07/20/2020 | $6.05 | 8001652 |
| | 07/20/2020 | $14.04 | 8001652 | | 08/17/2020 | $14.04 | 8001712 |
| | 08/17/2020 | $6.05 | 8001712 | | 09/21/2020 | $6.06 | 8001771 |
| | 09/21/2020 | $14.05 | 8001771 | | 10/19/2020 | $14.04 | 8001838 |
| | 10/19/2020 | $6.06 | 8001838 | | 11/16/2020 | $6.06 | 8001891 |
| | 11/16/2020 | $14.05 | 8001891 | | 12/21/2020 | $14.04 | 8001948 |
| | 12/21/2020 | $6.05 | 8001948 | | 02/13/2023 | $5.89 | 8003305 |
| | 02/13/2023 | $13.67 | 8003305 | | 04/17/2023 | $28.70 | 8003416 |
| | 04/17/2023 | $12.37 | 8003416 | | 05/15/2023 | $6.19 | 8003469 |
| | 05/15/2023 | $14.34 | 8003469 | | | | |
| ROUNDUPOINT MORTGAGE SERVICING CORP | | | | | | | |
| | 01/17/2017 | $7.71 | 771624 | | 02/21/2017 | $5.81 | 773453 |
| | 03/13/2017 | $5.81 | 775452 | | 05/15/2017 | $8.32 | 779081 |
| | 06/06/2017 | ($8.32) | 779081 | | | | |
| ST. CLARE'S HOSPITAL | | | | | | | |
| | 06/15/2020 | $9.23 | 851092 | | 07/20/2020 | $6.50 | 852948 |
| | 08/11/2020 | ($6.50) | 852948 | | 10/02/2020 | ($9.23) | 851092 |
| TD BANK USA NA | | | | | | | |
| | 06/15/2020 | $13.83 | 851328 | | 07/20/2020 | $9.75 | 853196 |
| | 08/17/2020 | $9.75 | 855011 | | 09/21/2020 | $9.75 | 856890 |
| | 10/19/2020 | $9.75 | 858719 | | 11/16/2020 | $9.75 | 860489 |
| | 12/21/2020 | $9.75 | 862383 | | 02/13/2023 | $9.48 | 906169 |
| | 04/17/2023 | $19.93 | 909411 | | 05/15/2023 | $9.96 | 910920 |
| UNITED STATES BANKRUPTCY COURT | | | | | | | |
| | 05/15/2023 | $1,326.76 | 910983 | | 05/15/2023 | $74.53 | 910984 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 07, 2023.

Receipts: $50,419.00    -    Paid to Claims: $43,222.18    -    Admin Costs Paid: $7,196.82    =    Funds on Hand: $0.00

Base Plan Amount: $50,419.00    -    Receipts: $50,419.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.