| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jessica Ann Berry, Esq. (Bar No. 029912007)<br>Greenspoon Marder LLP<br>100 West Cypress Creek Rd., Suite 700<br>Fort Lauderdale, FL  33309<br>TEL. (888)491-1120<br>FAX (954) 3436982<br>bankruptcy@gmlaw.com<br><br>Attorney for  Nationstar Mortgage LLC | |
| In Re:<br><br>Norbey M Pareja,<br><br>Debtor. | Case No.:      16-18469-VFP<br><br>Chapter:        13<br><br>Judge:           Vincent F. Papalia |

### REQUEST OF NATIONSTAR MORTGAGE LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P.2002(g)

Jessica Ann Berry, Esq., of Greenspoon Marder LLP, hereby appears as attorney of record for Nationstar Mortgage LLC, in connection with the above captioned proceeding, and requests that the Clerk, pursuant to Federal R. Bank. P. 2002(g), add the undersigned to the mailing matrix for the case and requests that all notices, pleadings and papers which must be served to creditors, any creditor's committees, and any other parties-in-interest, whether sent by the Court, Debtor, or any other party in the case, be sent to the undersigned at the following address:

> Greenspoon Marder LLP
> 100 West Cypress Creek Rd., Suite 700
> Fort Lauderdale, FL  33309
> Email address: bankruptcy@gmlaw.com

I HEREBY CERTIFY that on this 26th day of June 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

By: /s/ Jessica Ann Berry
Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
TEL. (888) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

*Debtor*
**Norbey M Pareja**
2109 Peer Place
Denville, NJ 07834

*Attorney for Debtor*
**Scott E. Tanne**
Scott E. Tanne Esq.
70 Bloomfield Ave
Suite 203
Pine Brook, NJ 07058

*Trustee*
**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550