Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−18469−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norbey M Pareja
   2109 Peer Place
   Denville, NJ 07834

Social Security No.:
   xxx−xx−7601

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Norbey M Pareja
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: June 28, 2023
JAN: wdh

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Norbey M Pareja  
    Debtor

Case No. 16-18469-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 28, 2023      Form ID: ntcfncur      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norbey M Pareja, 2109 Peer Place, Denville, NJ 07834-3714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Embrace Home Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit farcure@hillwallack.com NJ_ECF_Notices@McCalla.com |
| Jessica Ann Berry | on behalf of Creditor NATIONSTAR MORTGAGE LLC bankruptcy@gmlaw.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor NATIONSTAR MORTGAGE LLC kbuttery@moodklaw.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: ntcfncur | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Patrick O. Lacsina
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC notices@pollawllc.com, PATRICK.LACSINA@GMAIL.COM

Scott E. Tanne
    on behalf of Debtor Norbey M Pareja ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER sdeluca@hasbanilight.com  hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

Sindi Mncina
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC smncina@raslg.com

TOTAL: 15